### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Shenzhen Z Tech. Co., Ltd.<br>Plaintiff, | Case No. 24-cv-11694 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Magistrate Judge Beth W. Jantz |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| #45 | SAMILITOY BOUNNY |
| #59 | Xialaer |
| #66 | Muiteiur |
| #71 | Tai Naicheng |
| #72 | iFeeling |
| #77 | COOLgooee |

The respective Defendants have not filed an answer to the Complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: July 30, 2025                    Respectfully submitted,

_/s/Sydney Xue_
Sydney Xue
Bar No.  1026130
Kemet law Group, LLP
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
(561) 870-0605
ni@kemetlawgroup.com
Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 30, 2025.


*<u>/s/ Sydney Xue</u>*
Sydney Xue